UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-10076-RGK-PVC | Date | December 10, 2025 |
|---|---|---|---|
| Title | Latanya Williams v. William Robb, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Joseph Remigio | N/A |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None appearing | None appearing |

**Proceedings:** (IN CHAMBERS) Order to Show Cause re Dismissal for Lack of Prosecution

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed.R.Civ.Proc. 4(m). Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed.R.Civ.Proc. 12(a)(1).

In the present case, it appears that one or more of these time periods has not been met. ==Accordingly, the court, on its own motion, sets a hearing for **December 15, 2025, at 9:00 a.m.** for Plaintiff to Show Cause why defendant should not be dismissed for lack of prosecution. Counsel is ordered to appear on this date and time.==

==**Alternatively**==, the Court will consider the following a satisfactory response to the Order to Show Cause:

| | Alternative Response | Response Due Date | As to Defendant/s: |
|---|---|---|---|
| | Proof of **timely** service of summons and operative complaint | | |
| X | Response to the operative Complaint | 12/11/2025 | **William James Robb, dba The Cozy Inn** |
| X | If defendant fails to respond on the date above, Plaintiff's application for entry of default by clerk pursuant to Rule 55a of the Federal Rules of Civil Procedure | 12/12/2025 | **William James Robb, dba The Cozy Inn** |
| | Plaintiff's motion for default judgment pursuant to Rule 55b of the Federal Rules of Civil Procedure | | |

==**A stipulation to extend dates or a notice of settlement do not constitute a proper response to this order.**==

**Plaintiff to serve this order on any non-appearing defendant/s who have been formally served and file a proof of service thereon**.

SO ORDERED.